UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 OCT -6 P 3:42

CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-CR 26-CR-210

[18 U.S.C. §§ 1344, 1001(a), & 2(a)]

ONYEKA M. NANTOMAH,

Defendant.

---

**INDICTMENT**

---

**COUNT ONE**
(Bank Fraud, 18 U.S.C. § 1344)

**THE GRAND JURY CHARGES THAT:**

Between in or about October 2024 and continuing through on or about November 18, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**ONYEKA NANTOMAH,**

along with others known and unknown to the grand jury, with intent to defraud, knowingly carried out a scheme to defraud a financial institution, namely mortgage lender A, by means of false and fraudulent pretenses, representations, promises, and omissions.

In violation of Title 18, United States Code, Sections 1344(1) and 2(a).

**COUNT TWO**
(Bank Fraud, 18 U.S.C. § 1344)

**THE GRAND JURY FURTHER CHARGES THAT:**

Between in or about January 2025 and continuing through on or about February 3, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ONYEKA NANTOMAH,**

along with others known and unknown to the grand jury, with intent to defraud, knowingly carried out a scheme to defraud a financial institution, namely mortgage lender B, by means of false and fraudulent pretenses, representations, promises, and omissions.

In violation of Title 18, United States Code, Sections 1344(1) and 2(a).

**COUNT THREE**
(False Statements, 18 U.S.C. § 1001)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 21, 2026, in the State and Middle District of Florida,

**ONYEKA NANTOMAH**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the executive and judicial branch of the government of the United States, by stating to agents of the Internal Revenue Service Criminal Investigations and Federal Bureau of Investigation, Milwaukee office, who were conducting an investigation relating to criminal activity in the Eastern District of Wisconsin, that she was unaware that J.M. invested money with Nantomah's husband, that she never took any investors in her husband's real estate investment business to see any properties, and that she was not aware that her husband purchased the property located at 1816 N 18th Street, Milwaukee, Wisconsin, 53205 with investor funds.

In violation of Title 18, United States Code, Section 1001(a).

## FORFEITURE NOTICE

1. Upon conviction of one or more bank fraud offenses in violation of Title 18, United States Code, Section 1344, set forth in Counts One and Two of this Indictment, Defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting or derived from proceeds that the Defendant obtained directly or indirectly as the result of the offense. The property to be forfeited includes, but is not limited to, a sum of money equal to the proceeds of the offense.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

[redacted]

FOREPERSON

Dated: 10/6/26

JULIE F. STEWART
Assistant United States Attorney